**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBIN BODENHAMER,**

**Plaintiff,**

**CASE NO.: 8:25-CV-01859-SDM-NHA**

**v.**

**BAY FOOD BROKERAGE, INC.,**

**Defendant.**
______________________________________/

**NOTICE OF MEDIATION**

**PLEASE TAKE NOTICE** that a Mediation Conference has been scheduled before Mediator Donna V. Smith, Esquire of Donna V. Smith, PLLC, on **Tuesday, November 17, 2026**, at **9:00 a.m. ET**. Parties are to appear virtually.

Respectfully submitted on October 22, 2026.

*/s/ LaKisha M. Kinsey-Sallis*
LaKisha M. Kinsey-Sallis, Esq.
Florida Bar No. 078265
Heather T. Daiza, Esq.
Florida Bar No. 1059734
FISHER & PHILLIPS, LLP
401 E. Jackson Street, Suite 3100
Tampa, Florida 33602
Telephone: (813) 769-7510
Facsimile: (813) 769-7501
Email: lkinsey-sallis@fisherphillips.com
hdaiza@fisherphillips.com

*Counsel for Defendant Bay Food Brokerage, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, the above and foregoing document was filed and served via the Court's ECF filing system on the following counsel of record:

Joseph F. Southron, Esq.
Southron Firm, P.A.
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Email: joe@southronfirm.com
eservice@southronfirm.com
Julia.weber@southronfirm.com
*Counsel for Plaintiff Robin Bodenhamer*

*/s/ LaKisha M. Kinsey-Sallis*
Attorney